From: The District Court of the Ninth Judicial District. County of Pondera.

STATE OF MONTANA, Plaintiff, vs. LARRY A. HEGNA, Defendant.

## DECISION

The application of the above-named defendant for a review of the sentence of 4 years, imposed on January 22, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1)   The sentence be reduced from four years to three years.

The reason for the above decision: It is believed that this man is a good risk for social rehabilitation at this time and further in the opinion of the Board the reduction is justified due to the nature of the offense for which he was given an additional year's sentence.

DATED this 27th day of June. 1968,

### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.


From: The District Court of the First Judicial District. County of Lewis and Clark.

STATE OF MONTANA, Plaintiff, vs. E. C. JUSTICE, Defendant.

## DECISION

The application of the above-named defendant for a review of the sentence of 7 years, imposed on November 28, 1967, was fully heard and after a careful consideration of the entire matter it is decided that:

(1)   No change be made in the sentence heretofore imposed.

The reason for the above decision: Insufficient evidence in the opinion of this Board to warrant any reduction of sentence heretofore imposed.

DATED this 27th day of June, 1968.

### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.